NO. 07-06-0268-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 27, 2006
_____

IN THE MATTER OF MACKENZIE AMELIA COOPER AND
MICHAEL WAYNE BERRY
_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 72,590-D; HONORABLE DON EMERSON, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**ON MOTION TO DISMISS**

Michael Wayne Berry, appellant, has filed a motion to dismiss this appeal because he no longer wishes to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). No motion for rehearing will be entertained and our mandate will issue forthwith.


Mackey K. Hancock
Justice